UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                          :   ORDER
                                        07 Cr. 1155
JAIME MENESES-MENA, and            :
ALBERTO W. ORTIZ,
                                   :
        Defendants.
                                   :
- - - - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

    It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      June 9, 2008

                                          /s/ Kevin Nathaniel Fox
                                    UNITED STATE MAGISTRATE JUDGE

                                    **KEVIN NATHANIEL FOX**
                                    United States Magistrate Judge
                                    Southern District of New York

[ORIGINAL stamp]

[FILED stamp: JUN 09 2008]